SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Robert C. Sykes, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. LORETTA MAE HINDAHL, Defendant.

## DECISION

No. 3579

The application of the above-named defendant for a review of the sentence of Five years concurrently imposed on December 15, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank John Jardine, Attorney from Whitehall, for his assistance to the defendant and this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. GRIFFITH E. HUGHES, Defendant.

## DECISION

No. 928

The application of the above-named defendant for a review of the sentence of Seven years imposed on February 10, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

Judge Green dissents; felt sentence should be increased.

We wish to thank Gilbert Burdett, of the Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Robert C. Sykes, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. RICHARD L. WOSIKA, Defendant.

## DECISION

No. 6843-B

The application of the above-named defendant for a review of the sentence of Eight years imposed on January 20, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Nicholas Spika, of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman, Peter G. Meloy.